IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSIUS JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:13-CV-440-CSC |
| | ) (WO) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

**ORDERED AND ADJUDGED** that the decision of the Commissioner be and is hereby **AFFIRMED** and that this case be and is hereby **DISMISSED** with prejudice.  It is further

**ORDERED** that costs be and are hereby taxed against the plaintiff for which execution may issue.

Done this 15th day of December, 2014.


                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE